# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCIA WOODS, et al. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-1903 |
| SECRETARY OF HOUSING & URBAN DEVELOPMENT, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of October, 2017, upon consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. No. 4) and Plaintiff's Response (Doc. No. 5), it is hereby **ORDERED** that the Motion is **GRANTED** and the case is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court shall mark this case **CLOSED**.

                                                    **BY THE COURT:**

                                                    **/s/ Mitchell S. Goldberg**
                                                    _____
                                                    **MITCHELL S. GOLDBERG,    J.**